David Stebbins (pro se Plaintiff)  123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947  acerthorn@yahoo.com

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

DAVID STEBBINS, APPELLANT

VS.  Case No. 25-224

JARROD JONES  APPELLEE

**MOTION TO APPOINT COUNSEL**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Appoint Counsel in the above-styled action.

1. This case involves complex questions of fact and law, including, but not limited to, (A) whether this order is immediately appealable under Cohen v. Beneficial Industrial Loan Corp., 337 US 541 (1949), and (B) if so, whether the district court abused its discretion in refusing to appoint counsel.

2. Because these questions are likely to be complex and nuanced, it is in the best interests of justice that this Court appoint an attorney to represent me in the briefings and oral arguments.

So requested on this, the 14th day of January, 2025.

David Stebbins (pro se)

-1-