David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947     acerthorn@yahoo.com

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

DAVID STEBBINS,     APPELLANT

VS.     Case No. 25-224

JARROD JONES     APPELLEE

### CERTIFICATE OF SERVICE IN SUPPORT OF MOTION TO APPOINT COUNSEL

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Certificate of Service in Support of Motion to Appoint Counsel in the above-styled action.

I certify that I served this motion on defendant Jarrod Jones by emailing a copy thereof to his email address at jarrod@stangranch.com on January 14, 2025.

/s/ David Stebbins
David Stebbins (pro se)

-1-