UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID ANTHONY STEBBINS, | No. 25-224 |
| Plaintiff-ctr-defendant - Appellant, | D.C. No. 8:24-cv-01486-JVS-KES Central District of California, Santa Ana |
| v. | ORDER |
| JARROD JONES, | |
| Defendant-ctr-claimant - Appellee. | |

Before: PAEZ, BYBEE, and MILLER, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *Wilborn v. Escalderon*, 789 F.2d 1328 (9th Cir. 1986) (denial of appointment of counsel in civil case is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

All pending motions are denied as moot.

**DISMISSED.**