David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                      acerthorn@yahoo.com

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

DAVID STEBBINS,                                          APPELLANT

VS.                       Case No. 25-224

JARROD JONES                                             APPELLEE

**MOTION FOR PANEL AND EN BANC REHEARING OR IN THE ATLERANTIVE TO STAY MANDATE**

   Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Rehearing (both Panel and en Banc) and also to Stay Mandate in the above-styled action.

1.   I believe this precedent is in error, and should be overturned. If the Court would like to grant a rehearing, and this time, set briefing exclusively as to why the matter is immediately appealable, I would be willing to explain why.

2.   In the alternative, there is a reasonable chance that the Supreme Court may grant certiorari on that matter, as it is the subject of a fairly large circuit split, whether or not an order denying appointment of counsel is immediately appealable under Cohen v. Beneficial Industrial Loan Corp., 337 US 541 (1949). The First, Fourth, Seventh, Tenth, and Eleventh Circuits have all held that such an order is not immediately appealable[1], but the Third, Fifth, and Eighth Circuits have all held that it is[2].

3.   Therefore, if the Court will not grant rehearing, then I ask that you at least stay the mandate while I petition the Supreme Court for a Writ of Certiori on the question of whether an order denying a motion to appoint counsel is immediately appealable.

---

1   See Appleby v. Meachum, 696 F. 2d 145 (1st Cir. 1983). See also Miller v. Simmons, 814 F. 2d 962 (4th Cir. 1987). See also Randle v. Victor Welding Supply Co., 664 F. 2d 1064 (7th Cir. 1981). See also Cotner v. Mason, 657 F. 2d 1390 (10th Cir. 1981). See also Hodges v. Department of Corrections, State of Ga., 895 F. 2d 1360 (11th Cir. 1990).

2   See Ray v. Robinson, 640 F. 2d 474 (3rd Cir.1981). See also Caston v. Sears, Roebuck & Co., Hattiesburg, Miss., 556 F. 2d 1305 (5th Cir. 1977). See also Ward v. Smith, 721 F. 3d 940 (8th Cir. 2013).

So requested on this, the 28th day of January, 2025.

                                                                                         */s/ David Stebbins*
                                                                                             David Stebbins (pro se)