UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID ANTHONY STEBBINS,<br><br>          Plaintiff-ctr-defendant - Appellant,<br><br>  v.<br><br>JARROD JONES,<br><br>          Defendant-ctr-claimant - Appellee. | No. 25-224<br><br>D.C. No. 8:24-cv-01486-JVS-KES<br>Central District of California, Santa Ana<br><br>ORDER |

Before: PAEZ, BYBEE, and MILLER, Circuit Judges.

The motion (Docket Entry Nos. 8, 9) for reconsideration and reconsideration en banc is denied. *See* 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11.

The alternative motion (Docket Entry Nos. 8, 9) to stay the mandate is denied. *See* Fed. R. App. P. 41(b).

The mandate will issue in due course.

No further filings will be entertained in this closed case.